**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA CORNEJO SALINAS, | No. 08-71567 |
| Petitioner, | |
| v. | Agency No. A098-591-941 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS and W. FLETCHER, Circuit Judges.

Petitioner Maria Cornejo Salinas, a native and citizen of El Salvador,

petitions pro se for review of a Board of Immigration Appeals order dismissing her

appeal from an immigration judge's decision denying her application for asylum,

withholding of removal and protection under the Convention Against Torture

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(CAT).  We have jurisdiction under 8 U.S.C. § 1252.  We review factual findings for substantial evidence, *Santos-Lemus v. Mukasey*, 542 F.3d 738, 742 (9th Cir. 2008), and deny the petition for review.

Substantial evidence supports the Board's denial of asylum and withholding of removal because Salinas failed to show her alleged persecutors threatened her on account of a protected ground.  Her fear of future persecution based on an actual or imputed anti-gang opinion is not on account of the protected ground of either membership in a particular social group or political opinion.  *See Ramos Barrios v. Holder*, 581 F.3d 849, 854-56 (9th Cir. 2009); *Santos-Lemus* at 745-46; *see Ochave v. INS*, 254 F.3d 859, 865 (9th Cir. 2001) ("Asylum generally is not available to victims of civil strife, unless they are singled out on account of a protected ground.")

Substantial evidence also supports the Board's denial of CAT relief based on the Board's finding that Salinas did not establish a likelihood of torture by, at the instigation of, or with the consent or acquiescence of the El Salvadoran government.  *See Arteaga v. Mukasey*, 511 F.3d 940, 948-49 (9th Cir. 2007).

**PETITION FOR REVIEW DENIED.**